**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DESHONE LEE SMITH,                            No. CIV S-07-1330-LKK-CMK-P

        Plaintiff,

   vs.                                           <u>ORDER</u>

C. CSER,

        Defendants

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an application to proceed in forma pauperis or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

1

Dockets.Justia.com

1          2.      The Clerk of the Court is directed to send plaintiff a new form Application

2   to Proceed In Forma Pauperis By a Prisoner.

3

4   DATED:   July 25, 2007.

5

6                                                     _____
                                                      **CRAIG M. KELLISON**
7                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26