IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE LEE SMITH, | No. CIV S-07-1330-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| C. CSER, | |
|     Defendants | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for additional time in preparation of his application for leave to proceed in forma pauperis (Doc. 7). Plaintiff has submitted a portion of the application as well as a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. However, plaintiff has not submitted a completed application. Plaintiff will be provided with another copy of the application to complete and the opportunity to submit the completed application. Plaintiff is required to answer all questions on the application to establish indigence prior to being granted leave to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(2). However, as the court has received a certification from the prison as well as a certified copy of plaintiff's trust account

1  statement, plaintiff is not required to submit these certifications again.  Plaintiff is warned that
2  failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-
3  110.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1. Plaintiff shall complete the application, on the form provided by the Clerk
6  of the Court, and file it with this Court within 30 days from the date of this order, or the submit
7  the appropriate filing fee; and
8          2. The Clerk of the Court is directed to send plaintiff a new form Application
9  to Proceed In Forma Pauperis By a Prisoner.

11 DATED:  August 23, 2007.

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE