1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DESHONE LEE SMITH,                    No. CIV S-07-1330-LKK-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14   C. CSER,

15              Defendans

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 12).[1]  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22   / / /

23   / / /

24   _____

25        [1]      Plaintiff also file a request for extension of time on September 6, 2007 (Doc. 9).
     However, petitioner's application for leave to proceed in forma pauperis was timely filed
26   pursuant to this court's order of August 24, 2007.  Therefore, this request is moot.

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.     Plaintiff's motion for leave to proceed in forma pauperis is granted;

3        2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this

4 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

5        3.     No initial partial filing fee will be assessed pursuant to 28 U.S.C.

6 § 1915(b)(1); and

7        4.     Plaintiff will be obligated for monthly payments of twenty percent of the

8 preceding month's income credited to plaintiff's prison trust account, such payments to be

9 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

10 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

11 § 1915(b)(2).

12

13 DATED:   September 24, 2007.

14

15                                      _____

16                          **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26