# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE LEE SMITH, | No. CIV S-07-1330-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. CSER, | |
| Defendants | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are several letters and notices filed by plaintiff relating to his allegations of mistreatment from correctional officers and perceived problems with the court receiving his documents.

Plaintiff's civil rights complaint names as the only defendant a correctional officer C. Cser. Plaintiff's amended complaint will be addressed separately. Since the filing of his complaint on July 6, 2007, plaintiff has filed several letters and notices with the court informing the court regarding additional allegations of mistreatment by defendant and other correctional officers Torrez and Shau. He has also requested a civil rights complaint packet.

///

1        This civil rights action is against only one defendant, Cser.  Plaintiff is advised that if he is experiencing mistreatment from other correctional officers, he will need to file a separate action against those individuals.  In this regard, plaintiff's request for a civil rights complaint packet will be granted.  The Clerk of the Court will be directed to forward a civil rights packet to plaintiff.

       However, in regards to this action, letters and notices from the plaintiff are not the appropriate means to inform the court of additional claims of mistreatment by defendant Cser or any other correctional officer.  Any additional letters and notices filed by plaintiff will be disregarded by the Court.  If plaintiff wishes to amend his amended complaint, he will be required to request leave of court to do so.  Plaintiff is cautioned, however, that a second amended complaint is not the appropriate place to raise claims regarding additional defendants.  Plaintiff will be required to file a separate action for those claims.

       In so far as plaintiff is claiming his life is in jeopardy, the court will construe this as a request for injunctive relief, which will be addressed separately.

       Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request for a civil rights packet is granted;

    2.    The Clerk of Court is directed to send plaintiff a civil rights packet; and

    3.    Any additional notices or letters by plaintiff regarding additional claims of mistreatment will be disregarded.


DATED:  November 2, 2007

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE