IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE LEE SMITH,

      Plaintiff,                        No. CIV S-07-1330 LKK CMK P

      vs.

OFFICER S. CSER,

      Defendant.                       <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a complaint (Doc. 23) and an application to proceed in forma pauperis (Doc. 24) filed November 20, 2007.

         The undersigned issued findings and recommendations on November 19, 2007, recommending plaintiff's first amended complaint (Doc. 11) be dismissed for failure to state a cause of action. Plaintiff's original complaint was filed on July 6, 2007. Plaintiff then filed an amended complaint on September 18, 2007 (Doc. 11). This amended complaint was filed as a matter of course pursuant to Federal Rule of Civil Procedure 15. The only defendant named in plaintiff's amended complaint is defendant Cser.

         Plaintiff has now filed another complaint in this matter, naming as defendants officers J. Torrez, Sly, Stewart, Abshire, Pellard, Ziebert, and Drennan. Plaintiff wrote on the top of the page this case number, and the Clerk of the Court docketed this complaint as an amended complaint in this case. However, plaintiff has not obtained leave of court to file an amended complaint in this matter. Even though no defendant has appeared in this case, plaintiff is

1

required to obtain leave of court to file another amended complaint. See Fed. R. Civ. P. 15. His second amended complaint will therefore be stricken. This case will proceed on the first amended complaint, and the findings and recommendations filed on November 19, 2007, are not altered. Plaintiff still has until December 10, 2007 to file any objections he has to the findings and recommendations.

It appears possible to the court that plaintiff may have actually meant to file this complaint in as a new case, and not as an amended complaint in this matter. The defendants listed in the second amended complaint do not match the defendants listed in his original or first amended complaint, and plaintiff filed a new application to proceed in forma pauperis. However, as plaintiff supplied the court with the above case number, this is where his complaint was docketed. Therefore, if plaintiff intended to file this complaint as a new case, he should notify the court within 30 days. Otherwise, plaintiff must obtain leave of court to file any further amendments in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint (Doc. 23) is stricken, as filed without leave of court;

2. Plaintiff's application to proceed in forma pauperis (Doc. 24) is denied as duplicative;

3. Any amended complaint in this case must be filed with leave of court; and

4. If plaintiff intended to file this complaint as a new case, he is to notify the court within 30 days of the date of this order.

DATED: November 29, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE