IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE LEE SMITH,

    Plaintiff,                    No. CIV S-07-1330 LKK CMK P

   vs.

OFFICER S. CSER,

    Defendant.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's second motion for an extension of time (Doc. 29), filed on December 20, 2007.

        On November 19, 2007, the court issued findings and recommendations (Doc. 22) recommending that plaintiff's request for injunctive relief be denied, the complaint be dismissed for failure to state a claim and the case be closed.  Objections were to be filed within 20 days of the date of service of the findings and recommendations.  Plaintiff's previous request for additional time was granted, giving plaintiff an additional 30 days to file objections.  Plaintiff now seeks another extension of that deadline.  Good cause appearing therefor, the request will be granted.  Objections to the findings and recommendations that plaintiff's complaint be dismissed for failure to state a claim shall be filed within 30 days.  Plaintiff is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the

findings and recommendations.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

        In addition, the court issued an order (Doc. 26) requesting plaintiff notify the court if the complaint filed in this case as an amended complaint (Doc. 23) was intended to be a filed as a new case.  Plaintiff has not done so.  Therefore, the previous order striking the amended complaint stands.  If plaintiff intends to file a complaint against any other defendant, he must do so in a separate filing as a new case.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for an extension of time is granted; and

        2.    Within 30 days after being served with this order, any party may file written objections to the findings and recommendations (Doc. 22) with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations."

DATED:  January 3, 2008

        _____
        **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE