IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE LEE SMITH,

        Plaintiff,                      No. CIV S-07-1330 LKK CMK P

    vs.

OFFICER S. CSER,

        Defendant.                     <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's third and fourth motion for an extension of time (Docs. 33 and 34).

        On November 19, 2007, the court issued findings and recommendations (Doc. 22) recommending that plaintiff's request for injunctive relief be denied, the complaint be dismissed for failure to state a claim and the case be closed. Objections were to be filed within 20 days of the date of service of the findings and recommendations. Plaintiff's previous requests for additional time were granted, giving plaintiff additional time to file objections. Plaintiff now seeks another extension of that deadline. Good cause appearing therefor, the requests will be granted. Objections to the findings and recommendations that plaintiff's complaint be dismissed for failure to state a claim shall be filed within 30 days. Plaintiff is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the

1

findings and recommendations.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).  Additionally, no further extensions of time will be granted.  Plaintiff has had ample opportunity to file his objections to the November 19, 2007, findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motions for an extension of time are granted; and

        2.    Within 30 days after being served with this order, any party may file written objections to the findings and recommendations (Doc. 22) with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations."

DATED:  February 12, 2008

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE