IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE LEE SMITH,   No. CIV S-07-1330-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

C. CSER,

    Defendants

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2007, the court received a complaint from plaintiff with this case number. The court interpreted this complaint to be intended as an amended complaint in this action. On November 29, 2007, the court filed an order striking plaintiff's amended complaint as filed without leave of court, and explained that if plaintiff had intended to file the amended complaint as a new action he should notify the court of his intention within 30 days of that order. On March 3, 2008, plaintiff filed a letter indicating that he did indeed intend the complaint which was docketed in this case as an amended complaint, to be a new action.

    Accordingly, the Clerk of the Court is directed to take plaintiff's complaint (Doc. 23) and open it as a new action. In addition, the application to proceed in forma pauperis (Doc.

1

1  24) should likewise be filed in the new case.  The complaint in the new action shall be deemed
2  filed as of November 20, 2007, the date it was received by the court and filed in this case.
3          IT IS SO ORDERED.

 DATED:  March 5, 2008

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE