IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE LEE SMITH, | No. CIV S-07-1330-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. CSER, | |
| Defendants | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 19, 2007, the magistrate judge filed findings and recommendations (Doc. 22) herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Following several extensions of time, objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 19, 2007, are adopted in full;

2. This case is dismissed for failure to state a claim;

3. Plaintiff's request for a preliminary injunction is denied; and

4. The Clerk of the Court is directed to enter judgment and close this case.

DATED: April 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT